UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **SANCTIONED/BARRED* BEAU ASHLEY DERISE | CASE NO.  6:21-CV-01626 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| U.S. DISTRICT COURT WESTERN DISTRICT | MAG. JUDGE WHITEHURST |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for report and recommendation. After an independent review of the record, and noting the absence of any objections, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

**IT IS ORDERED, ADJUDGED, AND DECREED** that, consistent with the report and recommendation, Plaintiff's Complaint is DISMISSED WITH PREJUDICE for failure to state a plausible, nonfrivolous claim on which relief can be granted.

THUS DONE in Chambers on this 13th day of January, 2022.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE